UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRUS BARNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-06636-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 5 |

On October 28, 2022, Defendants filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, or November 14, 2022.[1]

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before November 22, 2022, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendants may file a reply on or before December 1, 2022.

IT IS SO ORDERED.

Dated: November 15, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] November 11, 2022 was a court holiday.