Scott R. Montgomery (SBN 278060)
**ABBEY WEITZENBERG WARREN & EMERY P.C.**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Tel: 707-542-5050/Fax: 707-542-2589
Email: smontgomery@abbeylaw.com
Attorneys for Plaintiff,
JAIRUS BARNETT

BLANE A. SMITH (SBN 96795)
COLE SMITH-CROWLEY (SBN 339066)
**LAW OFFICE OF BLANE A. SMITH**
455 University Ave, Suite 270
Sacramento, CA 95825
Tel: (916) 679-1245/ Fax: (916) 515-9533
Email: bsmith@blanesmithlaw.com
csmith@blanesmithlaw.com

Attorneys for Defendants,
UNITED FINANCIAL CASUALTY CO.
and PROGRESSIVE CASUALTY INS. CO.

LAW OFFICE OF BLANE A. SMITH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JAIRUS BARNETT,

Plaintiff,

vs.

UNITED FINANCIAL CASUALTY COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, and DOES 1 TO 10, inclusive,

Defendants.

Case No: 4:22-cv-06636-KAW
Assigned: MJ Kandis A. Westmore

**VOLUNTARY DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)] AND ORDER**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties do hereby stipulate to dismissal with prejudice of this matter, with each party to bear their own costs.

SO STIPULATED.

ABBEY WEITZENBERG WARREN & EMERY

Dated: September 12, 2023

*/s/ Scott R. Montgomery*
By: ______________________________
Scott R. Montgomery, Counsel for Plaintiff JAIRUS BARNETT

LAW OFFICE OF BLANE A. SMITH

Dated: September 12, 2023

*/s/ Blane A. Smith*
By: ______________________________
Blane A. Smith, Counsel for Defendant UNITED FINANCIAL CASUALTY CO., so named and erroneously named as PROGRESSIVE CASUALTY INS. CO.

LAW OFFICE OF BLANE A. SMITH

4:22-cv-06636-KAW -2-

VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(1)

I attest that all signatories listed above, and on whose behalf this stipulation is submitted, have concurred in and authorized the filing of the stipulation.

/s/*Susie Hryekewicz*

LAW OFFICE OF BLANE A. SMITH

**ORDER**

Per the stipulation of the parties and good cause appearing therefor,

IT IS ORDERED that this matter is hereby dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Dated: September 14, 2023

Kandis Westmore

Hon. Kandis A. Westmore